IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NETVIEW TECHNOLOGIES, INC.<br><br>   Plaintiff and<br>   Counterclaim-Defendant,<br><br>v.<br><br>MICROSOFT CORPORATION<br><br>   Defendant and<br>   Counterclaim-Plaintiff. | CIVIL ACTION NO. 09 cv 12072 DPW |

**DECLARATION OF MUNG WAH TAM IN SUPPORT OF DEFENDANT
MICOROSOFT CORPORATION'S OPENING BRIEF
<u>IN SUPPORT OF ITS PROPOSED CLAIM CONSTRUCTIONS</u>**

I, Mung Wah Tam, declare as follows:

1. I am a paralegal at the law firm of Klarquist Sparkman, LLP. This declaration is filed in support of Defendant Microsoft Corporation's ("Microsoft") Opening Brief in support of its Proposed Claim Constructions. I have personal knowledge of the facts herein.

2. Attached hereto as Exhibit A is a true and accurate copy of a paper titled, "Object-Oriented Functional Spreadsheets," bearing Bates numbers MS-NV118401-12, by Chris Clack and Lee Braine of University College London, from the Proceedings of the 10th Glasgow Workshop on Functional Programming (GlaFP'97), dated September 1997. This document was also attached as Exhibit AW to Microsoft's Supplemental Preliminary Patent Invalidity and Noninfringement Disclosures, Dkt. No. 39, filed on December 28, 2010.

3. Attached hereto as Exhibit B is a true and accurate copy of United States Patent No. 5,832,532 titled, "Model-Independent And Interactive Report Generation System And Method of Operation," Brian M. Kennedy et al., bearing Bates numbers MS-NV020459-73, filed on June 16, 1995. This document was also attached as Exhibit AE to Microsoft's Supplemental Preliminary Patent Invalidity and Noninfringement Disclosures, Dkt. No. 39, filed on December 28, 2010.

4. Attached hereto as Exhibit C is a true and accurate copy of an article titled, "Hidden Name Space in Excel," bearing Bates numbers MS-NV022712-17, by Laurent Longre, dated 1999. This document was also attached as Exhibit F to Microsoft's Supplemental Preliminary Patent Invalidity and Noninfringement Disclosures, Dkt. No. 39, filed on December 28, 2010.

5. Attached hereto as Exhibit D is a true and accurate copy of United States Patent No. 6,122,649 titled, "Method and System for User Defined and Linked Properties," Keikki J. Kanerva et al., bearing Bates numbers MS-NV000274-93, filed on May 30, 1996. This document was also attached as Exhibit AI to Microsoft's Supplemental Preliminary Patent Invalidity and Noninfringement Disclosures, Dkt. No. 39, filed on December 28, 2010.

- 2 -

6. Attached hereto as Exhibit E are true and accurate excerpts from the file history for United States Patent No. 7,251,776, bearing Bates numbers NETVIEW 000059-81 and NETVIEW 000160-214.

7. Attached hereto as Exhibit F is a true and accurate copy of United States Provisional Application No. 60/305,217, filed on July 13, 2001.

8. Attached hereto as Exhibit G is a true and accurate copy of selected pages from the *Microsoft Computer Dictionary*, Fourth Edition, by Microsoft Press, dated 1999.

9. Attached hereto as Exhibit H is a true and accurate copy of selected pages from *Faber on Mechanics of Patent Claim Drafting*, Sixth Edition (Formerly *Landis on Mechanics of Patent Claim Drafting*) by Robert C. Faber, dated November 2010.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of January, 2011, in Portland, Oregon.

_____
Mung Wah Tam

- 3 -

CERTIFICATE OF SERVICE

I certify that on January 10, 2011, the **DECLARATION OF MUNG WAH TAM IN SUPPORT OF DEFENDANT MICOROSOFT CORPORATION'S OPENING BRIEF IN SUPPORT OF ITS PROPOSED CLAIM CONSTRUCTIONS,** filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                      s/John D. Vandenberg  
                                                     John D. Vandenberg